IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**SKYLAR SIMINGTON**  **PLAINTIFF**
**#204539**

v.   No. 3:23-cv-00217-LPR

**KIVEN BELL, et al.**  **DEFENDANTS**

**ORDER**

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Jerome T. Kearney (Doc. 8).  No objections have been filed, and the time for doing so has expired.[1]  After a *de novo* review of the RD and careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, this action is DISMISSED without prejudice for failure to state a claim on which relief may be granted.  The Court recommends that dismissal of this case count as a "strike," in the future, for purposes of 28 U.S.C. § 1915(g).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 29th day of April 2024.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Since December 6, 2023, several documents sent to Mr. Simington have been returned to the Court as undeliverable. *See* Docs. 7 & 9.  Out of an abundance of caution, the Court will give Mr. Simington an additional 30 days from the date of this Order to file objections to the RD.  Mr. Simington must file any such objections in the form of a Motion to Reconsider this Order of dismissal and the corresponding Judgment.  If he does file such a Motion, the Court will reconsider *de novo* any part of the RD that is properly objected to and evaluate whether this case should be re-opened.